# Third District Court of Appeal

## State of Florida

Opinion filed November 23, 2022.
Not final until disposition of timely filed motion for rehearing.

_____

No. 3D22-321
Lower Tribunal Nos. 21-2 AP, 22-5 AP
_____

## Eastern Shores Property Owners Association, Inc., et al.,
Petitioners,

vs.

## City of North Miami Beach, et al.,
Respondents.

On Petition for Writ of Certiorari from the Circuit Court for Miami-Dade County, Appellate Division, Daryl E. Trawick, Miguel M. de la O and Maria de Jesus Santovenia, Judges.

Isicoff Ragatz, Eric D. Isicoff, Teresa Ragatz and Christopher M. Yannuzzi, for petitioners.

Shubin & Bass, P.A., and Jeffrey S. Bass, Katherine R. Maxwell, Deana D. Falce and Whitney A. Kouvaris, for respondent Dezer Intracoastal Mall, LLC; Ottinot Law, P.A., and Hans Ottinot (Coral Springs), Interim City Attorney, for respondent City of North Miami Beach.

Before SCALES, GORDO and BOKOR, JJ.

PER CURIAM.

Denied.